IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**and**<br><br>**ARKANSAS GAME AND FISH COMMISSION AND ARKANSAS DEPARTMENT OF ENERGY AND ENVIRONMENT, DIVISION OF ENVIRONMENTAL QUALITY, AS AGENCIES OF THE STATE OF ARKANSAS**<br><br>**Plaintiffs,**<br><br>**EXXONMOBIL PIPELINE COMPANY and MOBIL PIPE LINE COMPANY**<br><br>**Defendants** | **Civil Action No. 4:24-cv-473-KGB** |

**NOTICE OF LODGING OF CONSENT DECREE PENDING CONSIDERATION OF PUBLIC COMMENT**

The United States of America ("United States"), by authority of the Attorney General of the United States and acting on behalf of the Secretary of the United States Department of the Interior ("DOI") through the Director of the United States Fish and Wildlife Service ("USFWS"), and the Arkansas Game and Fish Commission ("AGFC") and the Arkansas Department of Energy and Environment, Division of Environmental Quality ("ADEQ"), as state agencies and co-trustees of natural resources acting on behalf of the State of Arkansas, (collectively hereinafter "Plaintiffs"), provide notice that the attached proposed Consent Decree

1

is hereby lodged with the Court pending solicitation and consideration of public comment by Plaintiffs.  The proposed Consent Decree would, if entered by the Court, resolve the Plaintiffs' claims in this case.  **As explained below, at this time the Plaintiffs respectfully request that the Court not sign the proposed Consent Decree unless and until Plaintiffs file a Motion for Entry.**

Before the proposed Consent Decree can be finalized, Plaintiffs must satisfy requirements regarding public comment.  The proposed Consent Decree provides for public notice and comment in accordance with Department of Justice policy, and the United States and the State reserve the right to withdraw or withhold consent if the comments regarding the Consent Decree disclose facts or considerations indicating that the Consent Decree is inappropriate, improper, or inadequate.  The U.S. Department of Justice will publish in the Federal Register a notice that the proposed Consent Decree has been lodged with the Court and soliciting public comment for a period of thirty (30) days.  Once the public notice and comment period has elapsed, the United States and the State will evaluate any comments received, determine whether any comments disclose facts or considerations which indicate that the proposed Consent Decree is inappropriate, inadequate, or improper, and then move the Court either for entry of the Decree or for other appropriate action.  The Consent Decree provisions regarding this procedure are set forth in Section XVIII (Public Participation) of the Decree.

**Accordingly, the Plaintiffs and respectfully request that the Court not sign and enter the Consent Decree until such time as Plaintiffs file a motion for entry of the Decree**.

Respectfully submitted,

FOR THE UNITED STATES:

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*s/ Kenneth G. Long*
KENNETH G. LONG
Senior Trial Attorney (DC Bar No. 414791)
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
Telephone: (202) 514-2840
Fax: (202) 616-6584
Email: kenneth.long@usdoj.gov


JONATHAN D. ROSS
United States Attorney
Eastern District of Arkansas

SHANNON SMITH
Assistant United States Attorney
United States Attorney's Office
Eastern District of Arkansas
P.O. Box 1229
Little Rock, Arkansas 72203
Telephone: (501) 340-2600
Fax: (501) 340-2730
Email: shannon.smith@usdoj.gov

Of Counsel:

BRIGETTE J. BEATON
Attorney
U.S. Department of the Interior
Office of the Solicitor
75 Ted Turner Drive, Suite 304
Atlanta, GA 30303
Tele: (404) 331-5611
Email: brigette.beaton@sol.doi.gov

FOR THE STATE:

JOHN P. MARKS
Sr. General Counsel
Arkansas Game and Fish Commission
Legal Division
2 Natural Resources Drive
Little Rock, AR 72205
Tele: (501) 382-3358
Fax:  (501) 223-6463
Email: john.marks@agfc.ar.gov

Of Counsel:

MICHAEL MCALISTER
Deputy Chief Counsel
Arkansas Energy and Environment
Division of Environmental Quality
5301 Northshore Dr.
North Little Rock, AR 72118-5317
Tele: (501) 682-0744
Fax:  (501) 682-0880
Email: Michael.McAlister@adeq.state.ar.us

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2024, a true and correct copy of the foregoing NOTICE OF LODGING OF CONSENT DECREE PENDING CONSIDERATION OF PUBLIC COMMENT was filed with the Clerk of the U.S. District Court for the Eastern District of Arkansas using the Court's CM/ECF system.  Notice of this Electronic Filing will be sent to all parties by operation of the Court's Electronic Filing System.  In addition, a true and correct copy of the foregoing was served on counsel for the Defendants by electronic mail and by mailing a copy, first class postage prepaid, to the following:

    Kevin J. Vaughan
    Senior Counsel, Environmental & Safety
    Exxon Mobil Corporation
    22777 Springwoods Village Parkway, N1.5B
    Spring, Texas 77389

                                      s/ *Kenneth G. Long*
                                      Kenneth G. Long
                                      Counsel for the United States